**Fred D. RANDOLPH, Plaintiff–Appellant,**

v.

**U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, Defendant–Appellee.**

No. 01–2189.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 6, 2002.

Fred D. Randolph, Appellant Pro Se. Paul J. McNulty, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Fred D. Randolph appeals from the district court's order granting his motion to voluntarily dismiss his civil action pursuant to Fed.R.Civ.P. 41. Because Randolph sought this dismissal, the district court did not abuse its discretion in dismissing his complaint without prejudice. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*